IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No.11-654M |
| | ) |
| CORDARELL PEARSON | ) |
| Defendant | ) |

     I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

     I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_Cordarell Pearson_
DEFENDANT

DATE: 10/11/11

_____
COUNSEL FOR DEFENDANT

ORDER

     AND NOW, this 11th day of Oct, 2011,

     IT IS HEREBY ORDERED that the government's motion for detention is granted pending further consideration if and when the issue of bail becomes relevant.

_Robert C. Mitchell_
Robert C. Mitchell
United States Magistrate Judge